$40 C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BARBARA LIOUDIS

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

HIGH CORPORATE SERVICES, LLC d/b/a /HAMPTON INN

MANTUA MANUFACTURING CO

**16    1708**

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No

(check one)

**FILED**

APR 1 1 2016

MICHAEL E. KUNZ, Clerk
By_____JV_____Dep Clerk

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | BARBARA LIOUDIS |
|---|---|---|
| | Street Address | 135 Vin Gate Drive |
| | County, City | Monroe County, Rochester |
| | State & Zip Code | New York 14616 |
| | Telephone Number | 585-621-8269 |

_Rev. 10/2009_

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  HIGH CORPORATE SERVICES, LLC, d/b/a /HAMPTON INN
                 Street Address  1853 William Penn Way
                 County, City  Lancaster, Lancaster
                 State & Zip Code  PA 17605.

Defendant No. 2   Name  MANTUA MANUFACTURING CO.
                 Street Address  7900 Northfield Rd
                 County, City  Cuyahoga, Cleveland
                 State & Zip Code  Ohio 44146

Defendant No. 3   Name _____
                 Street Address _____
                 County, City _____
                 State & Zip Code _____

Defendant No. 4   Name _____
                 Street Address _____
                 County, City _____
                 State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ○ Federal Questions          ☒ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
    _____
    _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New York__

Defendant(s) state(s) of citizenship __Pennsylvania__

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Hampton Inn hotel located at 545 Greenfield Road, Lancaster, Pennsylvania 17601__

B. What date and approximate time did the events giving rise to your claim(s) occur? __April 16, 2014,__

[What happened to you?]

C. Facts: __A piece of metal sticking out from a bed frame in my hotel room at the Hampton Inn hotel caught my leg and cut me causing me severe injury. Also, please see the attached sworn affidavit of Barbara Lioudis which is made a part hereof and incorporated herein by reference.__

[Who did what?]

__High Corporate Services, LLC d/b/a /Hampton Inn, the owner of the hotel allowed the hotel room to exist in a dangerous and unsafe condition with the metal sticking out from the bed frame. Also please see the attached sworn affidavit of Barbara Lioudis which is made a part hereof and incorporated herein by reference. Mantua Manufacturing Co. made the bed frame with a bad, unsafe and dangerous design whereby a piece of metal was sticking out from under the bedframe putting users at risk of being injured by the protruding piece of metal.__

[Was anyone else involved?]

__Mantua Manufacturing Co., as stated above is involved as the manufacturer of the bed frame.. Also, please see the attached sworn affidavit of Barbara Lioudis which is made a part hereof and incorporated herein by reference.__

[Who else saw what happened?]

__Betty Rienholtz was present in the hotel room when the incident happened. I also showed hotel management my injuries and the bed frame. A group of people I was with also saw my injuries after the incident. Also, please see the attached sworn affidavit of Barbara Lioudis which is made a part hereof and incorporated herein by reference.__

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was sevrely cut on my legPlease see the attached sworn statement of Barbara Lioudis which is made a part hereof and incorporated herein by reference.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking monetary compensation for my emotional pain and suffering, medical bills, etc. in the amount of $200,000 and/or in an amount to be determined by a jury in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of April, 20 16.

Signature of Plaintiff _Barbara Laudisi_

Mailing Address  135 Vin Gate Drive

Rochester, NY 14616

Telephone Number  585-621-8269

Fax Number *(if you have one)* _____

E-mail Address _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BARBARA LIOUDIS,

                Plaintiff,

    v.

HIGH CORPORATE SERVICES, LLC, d/b/a /HAMPTON INN;
MANTUA MANUFACTURING CO.,

                Defendants.

**16    1708**

SWORN AFFIDAVIT OF
BARBARA LIOUDIS

State of New York) ss:
County of Monroe)

Barbara Lioudis being duly sworn deposes and says:

1. On April 16, 2014, I, Ms. Barbara Lioudis was injured while staying at the Hampton Inn located in Lancaster, Pennsylvania.

2. This occurred as a result of a metal bar that was sticking out from the frame of the bed in my hotel room.

3. This bar was hidden by the bed's dust ruffle and caught my leg as I walked by, causing a severe laceration.

4. I experienced severe pain, bleeding and swelling to my right leg.

5. The leg laceration measured at least 12 centimeters long and I was required to receive at least 30 sutures to close the wound, as well as a tetanus shot and was prescribed antibiotics.

6. Despite this, the skin lateral to the laceration later develop ecchymosis, was blistered and demonstrated signs of tissue necrosis.

7. Even after the removal of the sutures, I continued to deal with complications such as painful blistering and bleeding and I was required to wear an unna boot for a number of months.

8. My symptoms and treatments continued for several months, during which time my leg injury hindered my ability to walk and accomplish a host of everyday chores and activities.

9. The acts or omissions of Defendant High Corporate Services LLC/Hampton Inn ("Hampton Inn") which constituted negligence, carelessness and recklessness in this actions are as follows:

10. Defendant Hampton Inn suffered, caused and permitted the premises which includes the rooms and items provided to guests and me to become and remain in a dangerous and defective condition; failed to make regular inspections of the premises and failed to maintain the same in a safe condition; failed to take means or precautions to ensure safe passage upon the premises.

11. With prior and/or actual and/or constructive notice and knowledge of the use of the premises being made by members of the general public, guest and particularly the me, the defendant Hampton Inn did fail to take proper and adequate measures to prevent, correct and/or eliminate the hazardous and dangerous conditions on the premises.

12. With notice and knowledge as aforesaid, the defendant Hampton Inn failed to take adequate and proper measures to protect the rights and safety of me or to warn me.

13. Defendant Hampton Inn negligently, carelessly and recklessly operated, supervised, controlled and managed the premises at issue.

14. Defendant Hampton Inn negligently carelessly and recklessly caused and allowed a dangerous condition to exist.

15. Defendant Hampton Inn failed to instruct its agent's servants or employees in the care and maintenance of the premises.

    Defendant Hampton Inn failed to remove or remedy the defective and dangerous conditions within a reasonable period of time.

16. I suffered the injuries complained of herein solely as a result of defendants' actions and bears no fault in same.

17. Upon information and belief, defendant Mantua Manufacturing Co. designed, tested, manufactured, sold and promoted the bed frame that injured me on or about April 16, 2014.

18. Defendant Mantua Manufacturing Co was careless in the design, testing, inspection, manufacture, distribution, labeling, sale and promotion of the bed frame.

19. As a result of defendant's conduct, I was seriously injured and has sustained pain, suffering and serious injury, including but limited to laceration, ecchymosis and tissue necrosis.

20. The bed frame was defective in that in entailed a protruding piece of sharp metal which ultimately lacerated me.

21. Defendant Mantua failed to warn me of the defective and dangerous condition of the bed frame.

22. As a result defendant Mantua Manufacturing Co. has breached implied warranties and is strictly liable to me for the injuries suffered.

Dated: April 8, 2016

Barbara Lioudis

Sworn to before me this 8th day of April 2016

MICHAEL COBBS
Notary Public, State of New York
#6004548 Wayne County
Commission Expires March 23, 2018

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

16 1708

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BARBARA LIOUDIS

**DEFENDANTS**
HIGH CORPORATE SERVICES, LLC, d/b/a /HAMPTON INN; MANTUA MANUFACTURING CO.

(b) County of Residence of First Listed Plaintiff   Monroe County, New York
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Lancaster County, PA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
BARBARA LIOUDIS, Pro Se
135 Vin Gate Drive, Rochester, NY 14616
585-621-8269

Attorneys *(If Known)*
unknown

A/R

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|                                   | PTF | DEF |                                                             | PTF | DEF |
|-----------------------------------|-----|-----|-------------------------------------------------------------|-----|-----|
| Citizen of This State             | ☐ 1 | ☒   | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State          | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                          | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Personal injury claim on account of injuries suffered when my leg was cut by a piece of metal at Hampton Inn

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 1,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 4/8/16
SIGNATURE OF ATTORNEY OF RECORD
Barbara Lioudis

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

APR 11 2016

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 135 Vin Gate Drive, Rochester, NY 14616

Address of Defendant: 1853 William Penn Way, Lancaster PA 17605

Place of Accident, Incident or Transaction: Hampton Inn, 545 Greenfield Rd., Lancaster, Pennsylvania 17601
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases
   (Please specify) Premises liability personal injury claim

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I, Barbara Lioudis, ~~counsel of record~~ do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 4/8/16        *(signature)*
                    ~~Attorney-at-Law~~                    ~~Attorney I.D.#~~

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____        *(signature)*
                              ~~Attorney-at-Law~~        APR 11 2016    ~~Attorney I.D.#~~

CIV. 609 (5/2012)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Barbara Lioudis,                                                  :           CIVIL ACTION

    Plaintiff       v.                                  :

HIGH CORPORATE SERVICES, LILAC, d/b/a /HAMPTON INN;        NO. **16  1708**
    Defendants

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.                  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     (X)

                                  *Barbara Lioudis*
4/8/16                                   Barbara Lioudis
**Date**                                 ~~Attorney-at-law~~              ~~Attorney-for~~

585-621-8269

**Telephone**                            **FAX Number**                   **E-Mail Address**

(Civ. 660) 10/02

APR 11 2016